IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAR LELAND,

    Plaintiff,

vs.  CASE NO. 4:06cv569-SPM/WCS

SERGEANT B. PARRAMORE,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 47). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). To date, no objections have been filed. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 47) is ***adopted and incorporated*** by reference in this order.

2. Defendant's motion for summary judgment (doc. 38) is ***granted***.

3. The Clerk of Court shall enter judgment accordingly.

4. The Clerk of Court shall note on the docket that the dismissal is

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE AND ORDERED this <u>thirtieth</u> day of September, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge