IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAR LELAND,

    Plaintiff,

vs.                                    CASE NO. 4:06cv569-SPM/WCS

SERGEANT B. PARRAMORE,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's "Report and Recommendation" (doc. 47). The parties were furnished a copy and were afforded an opportunity to file objections. Plaintiff filed an eight-page objection to the Report and Recommendation. (doc. 51). These objections were filed after the Court had already adopted the Magistrate Judge's Report and Recommendation. But in the interests of justice, this Court has accepted these objections as timely filed. Additionally, pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a *de novo* determination of those portions of the Report and Recommendation to which an objection has been made.

In his objections, Plaintiff is ultimately unable to show that the Magistrate

Judge's legal conclusions were incorrect.  Plaintiff's objections do not demonstrate that he is entitled to any relief beyond that which has already been identified by the Magistrate Judge.  This Court finds that the Magistrate Judge was thorough, complete, and correct in his conclusions.  The Report and Recommendation explains clearly why Plaintiff is not entitled to relief, and nothing in Plaintiff's objections give this Court any reason to alter its prior decision.  This Court has properly determined that the findings in the Report and Recommendation should be adopted.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 47) is adopted and incorporated by reference in this order.

2. Plaintiff's objections (doc. 51) are hereby accepted as timely filed.

3. Defendant's motion for summary judgment (doc. 38) is ***granted***.

4. Plaintiff's Motion for Reconsideration (doc. 50) is ***denied***.

DONE AND ORDERED this <u>sixth</u> day of February, 2009.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge